FILED

01/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0572

STATE OF MONTANA,

　　　　Plaintiff and Appellee,

v.

JAMES LOWELL MYRAN,

　　　　Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED.

IT IS FURTHER ORDER that the Clerk of Court is directed to transfer the transcripts of the June 9, 2014 Adjudication Hearing and the June 20, 2014 Disposition Hearing held in DC 04-39, from DA 14-0758 into this appeal, DA 21-0572.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 19 2023